IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BEAVER COUNTY RETIREMENT BOARD :
Individually and on Behalf of All Others :
Similarly Situated, et. al., :
:
        Plaintiff(s), :
: Case Number: 1:07cv750
   vs. :                  1:07cv816
:                  1:07cv941
:
: District Judge Susan J. Dlott
LCA-VISION, et. al., :
:
        Defendant(s). :

ORDER

     A Motion to Consolidate, Appoint Lead Plaintiff and Approve Lead Plaintiff's Selection of Lead and Liaison Counsel was filed on November 13, 2007 (Doc. 3).  At this time, the Court GRANTS Plaintiff's Motion to Consolidate.  A hearing date will be set on the remaining motions when Defendants' counsel file their Notice of Appearance.

     IT IS SO ORDERED.

                                                    s/Susan J. Dlott
                                                    Susan J. Dlott
                                                    United States District Judge